UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AIMEE K. WISEMAN, a single woman,<br><br>    Plaintiff,<br><br>    -vs-<br><br>ROSAUERS SUPERMARKETS, INC.;<br>Annette Christensen and John<br>Doe Christensen,<br><br>    Defendants. | NO.  CV-05-0355-LRS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

This matter having come for hearing by stipulation of the parties, it appears to the Court that all matters in controversy herein have been fully compromised and settled.  Accordingly, **IT IS HEREBY ORDERED** that **Ct. Rec. 13** is **GRANTED**.  This action is **DISMISSED WITH PREJUDICE** without attorney's fees or costs to either party.

The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE**.

DATED this 6th day of June, 2006.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE WITH PREJUDICE - 1